UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHYLLIS L. COVERT,

                        Plaintiff,

-against-

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                        Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV-2090 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 29 2006 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on December 22, 2006, reversing the decision of the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including, but not limited, further development of the record, and a new hearing; it is

      ORDERED and ADJUDGED that the decision of the Commissioner of Social Security is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including, but not limited to, further development of the record, and a new hearing.

Dated: Brooklyn, New York
        December 28, 2006

                                                          s/Robert C. Heinemann
                                                          _____
                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court